██ LINETTE BUTTON, Respondent, v SEASONS DISCOUNT STORE, Appellant. [852 NYS2d 870]—

Present—Martoche, J.P., Smith, Peradotto, Pine and Gorski, JJ.